UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MILEA N. MCDANIEL,              )
                                )
        Plaintiff,              )
                                )
vs.                             )        Case No. 4:10CV1773 HEA
                                )
EUGENE STUBBLEFIELD, et al.,    )
                                )
        Defendants.             )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's *pro se* Motion for Medical Records from the Federal Correctional Institution, Wascea, Minnesota, [Doc. No. 12]; Defendant Stubblefield's Motion to Dismiss, [Doc. No. 17]; Plaintiff's *pro se* Motion for Summary Judgment, [Doc. No. 19]; Defendant Correctional Medical Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, [Doc. No 26] and Plaintiff's Motion for Leave to File Second Amended Complaint as to All Defendants, [Doc. No. 42].

The Motion for Medical Records is granted.  Defendant shall furnish Plaintiff with a copy of same.

The Motion for Leave to File Second Amended Complaint is granted.  The Clerk of the Court shall file Plaintiff's Second Amended Complaint, which is attached to Plaintiff's Opposition to the Motion to Dismiss and Motion for Leave,

*instanter*.

Defendants Stubblefield and Correctional Medical Services, Inc.'s Motions to Dismiss are denied as moot.

Plaintiff's *pro se* Motion for Summary Judgment is denied.

Dated this 28th day of September, 2011.


_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE